**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN, and DENNIS CANEVARI, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>TERMINAL MANUFACTURING CO., a Limited Liability Company,<br><br>Defendant.<br>_____/ | No. C 08-03601 WHA<br><br>**ORDER CONTINUING PLAINTIFFS' EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court hereby **GRANTS** one-week's continuance of the case management conference, to **NOVEMBER 6, 2008, AT 11:00 A.M.** All related initial deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: October 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE